UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA

    -against-

RONNELL GURLEY,

                Defendant.

------------------------------------------------------------------X

25 cr 44 (JGK)

**SPEEDY TRIAL ORDER**

**JOHN G. KOELTL, DISTRICT JUDGE:**

    The parties are directed to appear for a conference on **Wednesday, February 5, 2025, at 2:30pm,** before the Honorable John G. Koeltl.

    Because the additional time to schedule a conference in this matter is due to the unavailability of the parties, the Court prospectively excludes the time from today until **February 5, 2025** in calculating the speedy trial date under 18 U.S.C. § 3161 because the ends of justice served by ordering such a continuance outweigh the best interest of the public and the defendant in a speedy trial pursuant to 18 U.S.C. § 3161(h)(7)(A).

**SO ORDERED.**

                                                  /s/ John G. Koeltl
                                              **JOHN G. KOELTL**
                                              **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
         January 29, 2025