UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

RONNELL GURLEY,

              Defendant.

---

25-cr-44 (JGK)

ORDER

**JOHN G. KOELTL, District Judge:**

    This is a case that otherwise would have required mandatory remand at the time that the Court accepted the defendant's guilty plea on February 5, 2025. See 18 USC § 3143(a)(2). But defense counsel argued that "it is clearly shown that there were exceptional reasons" why the defendant's remand would not be appropriate, including the defendant's medical condition. The Court therefore asked for subsequent submissions.

    The Court has now reviewed the parties' joint February 14, 2015 letter and the medical records (filed under seal) as well as the original Pre-trial Services Report (filed under seal). The Court concludes that the defendant has failed to clearly show exceptional circumstances warranting a stay of the mandatory remand.

    Accordingly, the Court orders the defendant be remanded to the custody of the Bureau of Prisons and the United States Marshals, pending sentence.

The defendant shall self-surrender to the United States Marshals for remand by **2:00 p.m.** on **March 3, 2025.**

SO ORDERED.
Dated:   New York, New York
         February 24, 2025

                                         _____
                                         John G. Koeltl
                                         United States District Judge