**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

*Tamara Giwa*
Executive Director

*Jennifer L. Brown*
Attorney-in-Charge

March 3, 2025

**BY ECF**

Hon. Laura T. Swain
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

Re:   **United States v. Ronnell Gurley**
      **25 Cr. 044 (JGK)**

Dear Judge Swain:

    I write on behalf of Ronnell Gurley with the consent of the government in the above captioned matter to respectfully request the Court stay Judge Koeltl's February 24, 2025 order directing Mr. Gurley to surrender to the Marshals by 2:00pm today, March 3, 2025. *See* Ex. A.[1]

    Earlier this morning, Mr. Gurley was taken by ambulance to Queens General Hospital after experiencing numbness in his eyes and mouth. Mr. Gurley was given a cat scan and remains hospitalized. Because he is currently wearing a location monitor, he cannot have an MRI and his medical providers have advised that he must stay overnight in the hospital for observation. At this time, we do not know when Mr. Gurley will be discharged from the hospital.

    Accordingly, I respectfully request the Court stay Judge Koeltl's order unless and until Mr. Gurley is discharged from the hospital and deemed fit for confinement.

---

[1] Judge Koeltl's Court Clerk, Donnie Fletcher, has advised that Judge Koeltl is away this week and noted that any immediate applications be brought before the Part I judge.

Hon. Laura T. Swain

Thank you for your attention to this matter.

Respectfully submitted,

*/s/*

Marne L. Lenox, Esq.

*Counsel for Ronnell Gurley*

cc: Marguerite Colson, Assistant U.S. Attorney
Francesca Piperato, Pretrial Services Intensive Supervision Specialist

The foregoing request is granted. Judge Koeltl's surrender order is stayed until Mr. Gurley is discharged from the hospital and further order of the Court. The parties shall file a daily status report, starting March 3, 2025, as to whether Mr. Gurley remains hospitalized and whether there is any medical impediment to his surrender for confinement.  Specific medical diagnostic or treatment information in the report may be redacted, and unredacted copies of the report shall be provided for Judge Koeltl's chambers and the chambers of the undersigned, and filed with a copy of this endorsed order in the Records Room of the Clerk's Office.
SO ORDERED.
3/3/2025
/s/ Laura Taylor Swain, Chief USDJ
Part I

# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

- against -

RONNELL GURLEY,

            Defendant.

25-cr-44 (JGK)

ORDER

---

JOHN G. KOELTL, District Judge:

    This is a case that otherwise would have required mandatory remand at the time that the Court accepted the defendant's guilty plea on February 5, 2025. See 18 USC § 3143(a)(2). But defense counsel argued that "it is clearly shown that there were exceptional reasons" why the defendant's remand would not be appropriate, including the defendant's medical condition. The Court therefore asked for subsequent submissions.

    The Court has now reviewed the parties' joint February 14, 2015 letter and the medical records (filed under seal) as well as the original Pre-trial Services Report (filed under seal). The Court concludes that the defendant has failed to clearly show exceptional circumstances warranting a stay of the mandatory remand.

    Accordingly, the Court orders the defendant be remanded to the custody of the Bureau of Prisons and the United States Marshals, pending sentence.

The defendant shall self-surrender to the United States Marshals for remand by **2:00 p.m.** on **March 3, 2025.**

SO ORDERED.
Dated:   **New York, New York**
         **February 24, 2025**

_____
John G. Koeltl
**United States District Judge**

2