# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

June 23, 2025

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: Adjourned to Thursday, July 10, 2025, at 12:00pm. SO ORDERED. /s/ John G. Koeltl 6/23/25 USDJ]*

Re:   **United States v. Ronnell Gurley**
       **25 Cr. 044 (JGK)**

Dear Judge Koeltl:

I write with the government's consent to respectfully request a one to two-week adjournment of Ronnell Gurley's sentencing in the above-captioned matter for medical reasons. Mr. Gurley's sentencing is currently scheduled for June 25, 2025 at 12:00 p.m. This is Mr. Gurley's first request for a sentencing adjournment.

As the Court is aware, Mr. Gurley was diagnosed with Bell's Palsy in March. Since then, he has received ongoing care related to his diagnosis and other medical issues. On June 18, medical providers installed a monitor on Mr. Gurley to regulate his heart rate. He has been told to wear the device until June 29.

Accordingly, the defense respectfully requests the Court adjourn Mr. Gurley's sentencing to a date after June 29 to ensure he receives the necessary medical care before his sentencing. The government does not object to this request.

Thank you for your attention to this matter.

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Ronnell Gurley*

cc:   Marguerite Colson, Assistant U.S. Attorney