# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

September 11, 2025

**BY ECF**

Hon. John G. Koeltl
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:   **United States v. Ronnell Gurley**
      **25 Cr. 044 (JGK)**

Dear Judge Koeltl:

    I write to respectfully request that the Court allow pretrial services to remove Ronnell Gurley's electronic monitor two days before his September 26, 2025 voluntary surrender date. Pretrial services consents to this request. The government does not object to this request.

    On December 5, 2024, Mr. Gurley was presented in Magistrate Court and released on with conditions, including home incarceration enforced by electronic monitoring. For the past nine months, Mr. Gurley has complied with the conditions of release.

    On February 5, 2025, Mr. Gurley pled guilty to an information charging one count of 21 U.S.C. § 841(b)(1)(B), conspiracy to distribute and possess a cocaine, and one count of 18 U.S.C. § 922(g)(1), unlawful possession of firearms. In June, this Court sentenced Mr. Gurley to 60 months' incarceration with a voluntary surrender date of September 26, 2025.

    Mr. Gurley, with the consent of pretrial services, respectfully requests permission to have pretrial services remove his location monitoring device two days before his September 26, 2025 voluntary surrender date. *See United States v. Saheed Dupree*, 23 Cr. 583, ECF No. 56 (Aug. 7, 2024) (Koeltl, J.); *United States v. Khayyam Alexander*, 23 Cr. 474 (JGK), ECF No. 63 (Dec. 12, 2024). The government does not object to this request

Hon. John G. Koeltl

Thank you for your attention to this matter.

cc:   Counsel of record

Respectfully submitted,

/s/

Marne L. Lenox, Esq.

*Counsel for Ronnell Gurley*

**SO ORDERED:**

9/11/25   _____
**THE HONORABLE JOHN G. KOELTL**
United States District Judge

2